# LAW OFFICES OF JILL R. SHELLOW PLLC

_____

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

**MEMO ENDORSED**

September 11, 2024

**BY ECF AND EMAIL**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601
KarasNYSDChambers@nysd.uscourts.gov

RE:   *United States v. Christopher Glivens*, 11-cr-630 (KMK)

Dear Judge Karas:

On Thursday, September 5, 2024, the Honorable Andrew E. Krause released Christopher Glivens on a $100,000 PRB.  The PRB includes a condition requiring that by September 12, Mr. Glivens have two financially responsible people (FRP) co-sign the bond.  One FRP has been approved by the United States Attorney's Office, and the paperwork is in progress.  I am working with the second person who is collecting various documents to present to the Government, but she has not yet been approved.  Accordingly, I respectfully request that Your Honor extend the deadline for obtaining the two cosigners by one week until September 19, 2024. The Government consents to this request.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   AUSA Jeffrey Coffman (by email)

Admitted:  NY, CT, DC

Granted.

SO ORDERED.

9/12/24