# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

November 4, 2024

**BY ECF ONLY**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
KarasNYSDChambers@nysd.uscourts.gov

RE:   *United States v. Christopher Glivens, 11 Cr. 630 (KMK)*

Dear Judge Karas:

I represent Christopher Glivens, and I am writing to request a short adjournment of the conference on this VOSR scheduled on November 19, 2024 because I will be in trial before the Honorable Jed S. Rakoff in *United States v. Tavberidze*, 23 Cr. 585 (JSR). The Government consents to this request.

I ask for a short adjournment because the Probation Officer has raised some questions that we need to address with the Court. Accordingly, we request a date as soon as the Court is available after Thanksgiving. This is the first request for an adjournment in this matter.

Thank you for your consideration.

Granted.

The conference is adjourned to
12/ 11 /24, at 4:00

So Ordered
[signature]
11/4/24

Respectfully submitted,

[signature]

Jill R. Shellow

cc:   AUSA Jeffrey C. Coffman (by email)
      U.S. Probation Officer Shalisha Johnson (by email)
      Christopher Glivens (by email)

Admitted: NY, CT, DC